STATE OF NEW JERSEY, PLAINTIFF-APPELLANT AND CROSS-RESPONDENT, v. ALEXANDER MURPHY, DEFENDANT-RESPONDENT AND CROSS-APPELLANT.

Argued June 3, 1965—Decided June 14, 1965.

*Mr. Philip R. Glucksman* argued the cause for the plaintiff-appellant, cross-respondent (*Mr. Brendan T. Byrne,* County Prosecutor, attorney).

*Mr. Ralph M. Lowenbach* argued the cause for the defendant-respondent, cross-appellant.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Pashman in the Appellate Division.

*For affirmance* — Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN —7.

*For reversal*—None.